IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, on behalf of himself and others similarly situated, | ) ) ) | Case No. 8:18CV00507 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | MOTION FOR PRELIMINARY INJUNCTION |
| DOUG PETERSON, Attorney General of the State of Nebraska, in his official capacity; and JOHN BOLDUC, Superintendent of Law Enforcement and Public Safety for the Nebraska State Patrol, in his official capacity, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

COMES NOW Plaintiff, John Doe, by and through his attorney of record, and pursuant to Fed. R. Civ. P. 65 moves the Court for a Preliminary Injunction enjoining the enforcement of Nebraska's Sex Offender Registration Act, Neb. Rev. Stat. § 29-4001 et seq. as applied to Plaintiff. This motion is made based on the facts alleged in the Complaint, an anticipated Joint Stipulation of Facts between the parties and any further argument, evidence and representations of counsel as may be presented at a hearing.

DATED: December 5, 2018

                                          John Doe, Plaintiff

BY:   /s/ Joshua W. Weir (#23492)
         BLACK & WEIR LAW OFFICES, LLC
         1904 Farnam Street, Suite 425

Omaha, NE 68102
Phone: (402) 513-3650
Facsimile: (844) 222-2417
josh@joshweirlaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 25, 2018, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Ryan Post, Assistant Attorney General

and I hereby certify that I have emailed the document to the following non CM/ECF participants:

N/A

/s/ Joshua W. Weir (#23492)