IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, and JOHN DOE V, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:18CV507 |
| V. | ) ) | |
| DOUG PETERSON, Attorney General of the State of Nebraska in his official capacity, and JOHN BOLDUC, Superintendent of Law Enforcement and Public Safety for the Nebraska State Patrol, in his official capacity, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that the Unresisted Motion to Apply Temporary Restraining Order to John Doe V (filing no. 30) is granted.

DATED this 20th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge