IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, and JOHN DOE V, | |
| Plaintiffs, | **8:18CV507** |
| vs. | **ORDER** |
| DOUG PETERSON, Attorney General of the State of Nebraska in his official capacity; and JOHN BOLDUC, Superintendent of Law Enforcement and Public Safety for the Nebraska State Patrol, in his official capacity; | |
| Defendants. | |

As requested in the parties' joint motion, (Filing No. 38), which is hereby granted,

IT IS ORDERED:

1)    All case progression deadlines are stayed, and the trial and pretrial conference settings are vacated, pending further order of the court.

2)    A telephonic conference with the undersigned magistrate judge will be held on **May 5, 2020 at 10:00 a.m.** to discuss the outcome of the anticipated efforts the Nebraska legislature and whether those efforts have rendered this case moot. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 13), to participate in the call.

November 14, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge