IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE IV, and JOHN DOE V,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DOUG PETERSON, Attorney General of the State of Nebraska in his official capacity; and JOHN BOLDUC, Superintendent of Law Enforcement and Public Safety for the Nebraska State Patrol, in his official capacity;<br><br>    Defendants. | **8:18CV507**<br><br>**ORDER** |

  Due to the pandemic, the Nebraska legislature has not been meeting. So, it has not considered the issues raised in this case.

  After conferring with counsel,

  IT IS ORDERED that the parties' anticipated dispositive motions shall be filed on or before October 1, 2020.

  Dated this 5th day of May, 2020.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge