IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE IV, and JOHN DOE V, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUG PETERSON, Attorney General of the State of Nebraska in his official capacity; and JOHN BOLDUC, Superintendent of Law Enforcement and Public Safety for the Nebraska State Patrol, in his official capacity, <br><br> Defendants. | 8:18CV507 <br><br><br> **ORDER** |

    IT IS ORDERED that Defendants' motion for extension of time to file a reply brief (Filing 64) is granted, and their filing of a reply brief on December 22, 2020 (Filing 65), is considered timely.

    Dated this 23rd day of December, 2020.

                                                                   BY THE COURT:

                                                                     *Richard G. Kopf*

                                                                     Richard G. Kopf
                                                                     Senior United States District Judge