IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE IV, and JOHN DOE V,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUG PETERSON, Attorney General of the State of Nebraska in his official capacity; and JOHN BOLDUC, Superintendent of Law Enforcement and Public Safety for the Nebraska State Patrol, in his official capacity;<br><br>Defendants. | 8:18CV507<br><br>ORDER |

IT IS ORDERED that the motion to substitute attorney filed by James A Campbell for Ryan S. Post, as counsel of record for Defendants, (Filing No. 67), is granted. James A. Campbell is now counsel of record for Defendants. Ryan S. Post shall no longer receive electronic notice in this case.

Dated this 25th day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge