IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE IV, and JOHN DOE V, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUG PETERSON, Attorney General of the State of Nebraska, and JOHN BOLDUC, Superintendent of Law Enforcement and Public Safety for the Nebraska State Patrol, in their official capacities, <br><br> Defendants. | 8:18CV507 <br><br> **MEMORANDUM AND ORDER** |

On March 24, 2021, the court entered an order (Filing 75) which, pending resolution of Plaintiffs' appeal in this matter, stayed dissolution of the temporary restraining orders that were entered in favor of Plaintiff John Does I, II, and IV on January 9, 2019 (Filing 18), and in favor of Plaintiff John Doe V on March 20, 2019 (Filing 31). The Court of Appeals affirmed this court's judgment of dismissal on August 5, 2022 (Filing 78), and issued its mandate on August 26, 2022 (Filing 80).

IT IS THEREFORE ORDERED that the stay issued on March 24, 2021 (Filing 75) is lifted.

Dated this 29th day of August, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge